[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-12702

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

JOHNNY LEE CROOKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:16-cr-00276-TFM-B-6

_____

Before LAGOA, BRASHER, and BLACK, Circuit Judges.

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Johnny Lee Crooker in this appeal of Crooker's revocation of supervised release, has moved to withdraw from further representation of Crooker and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Crooker's revocation and sentence upon revocation are **AFFIRMED**.